# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee
_____ Division

| | |
|---|---|
| Kendra C Smith <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Thistle Farms <br> Tasha Kennard <br> Courtney Sobieralski <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:25-cv-1007 <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_ ☒ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kendra C Smith
   Street Address: 2077 Logue Rd
   City and County: Mt Juliet Wilson
   State and Zip Code: TN 37122
   Telephone Number: 615 969 1601
   E-mail Address: Kendra.Killian@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

Name: Thistle Farms (organization)
Job or Title (if known):
Street Address: 5122 Charlotte Ave
City and County: Nashville Davidson
State and Zip Code: TN 37209
Telephone Number: 615 298 1140
E-mail Address (if known):

Defendant No. 2

Name: Tasha Kennard (individual)
Job or Title (if known): CEO
Street Address: 5122 Charlotte Ave
City and County: Nashville Davidson
State and Zip Code: TN 37209
Telephone Number: 615 830 5241
E-mail Address (if known): tasha.kennard@thistlefarms.org

Defendant No. 3

Name: Courtney Sobieralski (individual)
Job or Title (if known): HR director
Street Address: 5122 Charlotte Ave
City and County: Nashville Davidson
State and Zip Code: TN 37209
Telephone Number: 615 298 1140
E-mail Address (if known): courtney.sobieralski@thistlefarms.org

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Thistle Farms |
| Street Address | 5122 Charlotte Pike |
| City and County | Nashville  Davidson |
| State and Zip Code | TN  37209 |
| Telephone Number | 615 298 1140 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[✓] Relevant state law *(specify, if known)*:
TCA 39-17-308(2)  TCA 39-16-502  TCA 39-17-309

[ ] Relevant city or county law *(specify, if known)*:

III. **Statement of Claim**  *See attached*

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: *harassment and intimidation*

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) *numerous dates in Feb 2024, on or about Feb 8-14*

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*
*asthma (respiratory) PTSD, anxiety (mental health)*

E. The facts of my case are as follows. Attach additional pages if needed.
*See attached*

Page 4 of 6

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

12/3/24

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 6/13/25

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

see attached

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/3/25

Signature of Plaintiff: *Ken C/T*

Printed Name of Plaintiff: Kendra Smith

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Kendra C Smith

-V-

Thistle Farms,

Tasha Kennard, and

Courtney Sobieralski

III. Statement of Claim

1. Throughout the course of Ms. Smith's employment, she notified supervisor and HR and asked for accommodation regarding her asthma. On or about Feb 8, 2024, Ms. Smith disclosed a PTSD diagnosis to, and informed Tasha Kennard and Courtney Sobieralski that she was in a pending lawsuit with the city of Mt. Juliet and fearful of the Mt Juliet Police Department due to an incident of assault, trespassing, and aggravated burglary committed by MJPD against Ms. Smith in her home on or about January 2021. On the same day Ms. Smith also filed a complaint against employer alleging illegal activity, harassment, hostile work environment, and retaliation. On or about Feb 9, 2024, Ms. Kennard, acting CEO of Thistle Farms, while in collaboration with Courtney Sobieralski made a false police report to MJPD regarding Ms. Smith to further intimidate, harass, and instill fear in Ms. Smith. This resulted in an excessive traumatic police response to Ms. Smith's home traumatizing Ms. Smith and her family. Thistle Farms is a trauma informed entity in which both employees had received "trauma informed training" and acted in malice in retaliation of Ms. Smith reporting the illegal activity and asking for ADA accommodations. Earlier that day, Ms. Smith, while still employed by Thistle Farms, went to her office to collect personal belongings while placed on leave. The same defendants had a Metro Police Officer present and a mental health professional who "evaluated" Ms. Smith. Ms. Smith had also asked for accommodation regarding being exposed to second-hand vape and smoking in the workplace and while Ms. Smith was allowed to have an air purifier in her office, the smoking and vaping in the workplace is against the law but not enforced. Additionally, Ms. Smith reported that she was being asked to work outside of her scope of practice as an LPN. Ms. Smith is entitled to damages as she was discriminated against and wrongfully terminated in retaliation for her need for accommodation regarding her ADA covered disabilities of Asthma and PTSD. Ms. Smith was subsequently wrongfully terminated and suffered financial and non-economic damages.

E. The facts of case are as follows:

1. Plaintiff was hired as an LPN by Thistle Farms on or about Dec 11, 2023.

2. During employment Plaintiff did not receive any disciplinary action or written reprimands.

3. On or about Feb 8, 2024, plaintiff again reported to the HR Director and CEO regarding illegal smoking, vaping, and drug use inside the workplace.

4. On or about Feb 8, 2024, plaintiff again reported that plaintiff was being asked by direct supervisor to break the law and work outside of scope of practice.

5. On or about Feb 8, 2024, plaintiff reported feeling unsafe at home and in the workplace.

6. On or about Feb 8, 2024, and Feb 9, 2024, plaintiff experienced an increasingly hostile work environment, was harassed, defamed, and retaliated against.

7. On or about Feb 9, 2024, while retrieving personal items from plaintiff's office, plaintiff was traumatized in retaliation by Thistle Farms as they called the police department and a mental health responder to instill fear and intimidation. Plaintiff's father was present as witness.

8. On or about the night of Feb 9, 2024, Tasha Kennard filed a false police report with MJPD defaming plaintiff and by initiating an excessive police response to plaintiff's home, caused extreme fear and embarrassment to plaintiff and her family.

9. On or about Feb 13, 2024, plaintiff was illegally terminated as further retaliation by employer.

10. These events significantly impacted plaintiff's future employment as it prevented employment by numerous entities which Thistle Farms works closely with.

11. Plaintiff continues to live in fear of further retaliation.

12. Plaintiff's mental health continues to be adversely affected by these acts.

13. Plaintiff has lost wages, lost enjoyment of life, and suffered extreme mental and physical health effects from the egregious acts of defendants.

14. Plaintiff's federal civil rights of the U.S Constitution including but not limited to the 4th, 5th, 9th, and 14th Amendments have been violated by defendants.

## V. Relief

Plaintiff prays for relief that plaintiff be awarded compensatory damages including economic and non-economic damages in the amount of $1,000,000 per defendant and that the plaintiff be awarded punitive/exemplary damages in the amount of $1,000,000 per defendant. Plaintiff avers that the wrongs alleged are continuing at the present time as plaintiff is still living in fear, still traumatized and still losing wages due to the acts of the defendants. Plaintiff is entitled to such relief as the defendants need to be penalized for the intentional pain and suffering that they have brought on plaintiff. The defendants have created numerous financial hardships and not only has plaintiff lost wages, but she continues to lose wages, continues to experience loss of enjoyment of life, and continues to suffer from the effects of the trauma inflicted on her by defendants. All defendants have largely contributed to plaintiff's continued decline in mental and physical health and plaintiff is entitled to relief to ensure that plaintiff does not continue to suffer economic or non-economic losses. Additionally, plaintiff is entitled to punitive damages due to the intentional infliction of emotional distress brought on by defendants. Plaintiff prays that defendants be sanctioned as court deems appropriate to prevent defendants from causing further harm.

*Kendra Smith*
9/4/25
2077 Logue Rd
Mt Juliet TN 37122
615 969 1601